UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMSEY ABDALLAH, individually and as Guardian for RIYANNA ABDALLAH, and GHADEER ABBASI, Individually and as Guardian for RIYANNA ABDALLAH<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, SABRE AIRLINE SOLUTIONS, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:14-cv-01050-JLL<br><br><br><br>STIPULATION REGARDING ANSWER TO SECOND AMENDED COMPLAINT AND ANSWER TO CROSSCLAIMS |

**IT IS HEREBY STIPULATED AND AGREED** among the parties through their undersigned attorneys, that the Second Amended Answer and Crossclaims filed by defendant JetBlue Airways Corporation on July 9, 2015 shall serve as the Answer to the Second Amended Complaint filed on July 9, 2015.

**IT IS FURTHER STIPULATED AND AGREED** among the parties through their undersigned attorneys that defendant Sabre Airline Solutions shall answer or otherwise respond to the crossclaims filed by defendant JetBlue Airways Corporation on or before July 30, 2015.

SO ORDERED

*s/Joseph A. Dickson*
Joseph A. Dickson, U.S.M.J.

Date. 7/20/15

MEI 20820144v.1

| | |
|---|---|
| **FLORIO PERUCCI STEINHARDT & FADER, LLC**<br>Attorneys for Plaintiff | **McCARTER & ENGLISH, LLP**<br>Attorneys for Defendant<br>JetBlue Airways Corporation |
| By: _/s/Ravinder S. Bhalla_<br>    Ravinder S. Bhalla | By: _/s/Adam N. Saravay_<br>    Adam N. Saravay |
| Dated: July 17, 2015 | Dated: July 17, 2015 |

**COHEN & GRESSER LLP**
Attorneys for Defendant
Sabre Airline Solutions

By: _/s/Christopher M.P. Jackson_
    Christopher M. P. Jackson

Dated: July 17, 2015