Ravinder S. Bhalla, Esq. (RB2870)
Florio Perrucci Steinhardt & Fader, L.L.C.
218 Rt. 17 North, Suite 400
Rochelle Park, NJ 07662
*Attorneys for Plaintiffs*
*Ramsey Abdallah, Ghadeer Abbasi, and*
*Riyanna Abdallah*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMSEY ABDALLAH, individually and as Guardian for RIYANNA ABDALLAH; and GHADEER ABBASI, individually and as Guardian for RIYANNA ABDALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, SABRE AIRLINE SOLUTIONS, and JOHN DOES 1-10,<br><br>Defendants. | DOCKET NO. 2:14-CV-01050 (JLL)(MAH)<br><br>**NOTICE OF DISMISSAL**<br><br>*Document Electronically Filed* |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss with prejudice Count Five of the Second Amended Complaint (Docket No. 64) as against Defendant Sabre Airline Solutions only.

Dated: August 3, 2015

SO ORDERED: /s/ [signature]
DATED: 8/5/15

/s/ Ravinder S. Bhalla
Ravinder S. Bhalla, Esq.
Florio Perrucci Steinhardt & Fader, L.L.C.
218 Rt. 17 North, Suite 400
Rochelle Park, New Jersey 07662
*Attorneys for Plaintiffs Ramsey*
*Abdallah, Ghadeer Abbasi, and*
*Riyanna Abdallah*