Daniel H. Tabak
Christopher M.P. Jackson
Cohen & Gresser LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600
dtabak@cohengresser.com
cjackson@cohengresser.com

Jon-Henry Barr
J.H. Barr & Associates
21 Brant Avenue
Clark, New Jersey 07066
(732) 340-0600
jhb2c@aol.com

*Attorneys for Defendant
Sabre Airline Solutions*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMSEY ABDALLAH, individually and as Guardian for RIYANNA ABDALLAH; and GHADEER ABBASI, individually and as Guardian for RIYANNA ABDALLAH,<br><br>Plaintiffs,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, SABRE AIRLINE SOLUTIONS, and JOHN DOES 1-10,<br><br>Defendants. | DOCKET NO. 2:14-CV-01050 (JLL)(JAD)<br><br>**STIPULATION AND CONSENT ORDER SETTING TIME FOR DEFENDANT SABRE AIRLINE SOLUTIONS TO (1) ANSWER SECOND AMENDED COMPLAINT AND (2) ANSWER CROSSCLAIMS** |

WHEREAS, by its September 3, 2015 Order (Docket No. 71), the Court referred the above captioned action to mediation;

WHEREAS the Parties have scheduled a mediation to take place October 5, 2015;

WHEREAS, pursuant to the Court's July 29, 2015 Order (Docket No. 67), Defendant Sabre Airline Solutions ("Sabre") would be required to answer or otherwise respond to the

Second Amended Complaint (Docket No. 64), and to Crossclaims asserted by Defendant JetBlue Airways Corporation ("JetBlue") (Docket No. 63) on or before September 30, 2015,

It is hereby stipulated and agreed by and between the Parties, through their undersigned attorneys, that

1) Sabre shall answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before October 26, 2015;

2) Sabre shall answer or otherwise respond to the Crossclaims asserted by JetBlue on or before October 26, 2015.

FLORIO PERUCCI STEINHARDT & FADER, LLC

By:  s/ Ravinder S. Bhalla
Ravinder S. Bhalla

Dated:  September 28, 2015

218 Route 17 North
Rochelle Park, New Jersey 07662
(201) 843-5858 (office)
(201) 843-5877 (facsimile)
rbhalla@fpsflawfirm.com

*Attorneys for Plaintiffs*

MCCARTER & ENGLISH, LLP

By:  s/ Adam N. Saravay
Adam N. Saravay

Dated:  September 28, 2015

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Phone:  (973) 639-2023
asaravay@mccarter.com

*Attorneys for Defendant JetBlue Airways Corporation*

COHEN & GRESSER LLP

By:  s/ Christopher M.P. Jackson
Christopher M.P. Jackson

Dated:  September 28, 2015

800 Third Avenue, 21st Floor
New York, New York 10022
Phone:  (212) 957-7600
cjackson@cohengresser.com

*Attorneys for Defendant Sabre Airline Solutions*

2

SO ORDERED this 29th day of Sept., 2015

_____
Hon. Joseph A. Dickson
United States Magistrate Judge