Ravinder S. Bhalla, Esq. (RB2870)
Florio Perrucci Steinhardt & Fader, L.L.C.
218 Rt. 17 North, Suite 400
Rochelle Park, NJ 07662
*Attorneys for Plaintiffs*
*Ramsey Abdallah, Ghadeer Abbasi, and*
*Riyanna Abdallah*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMSEY ABDALLAH, individually and as Guardian for RIYANNA ABDALLAH; and GHADEER ABBASI, individually and as Guardian for RIYANNA ABDALLAH, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, SABRE AIRLINE SOLUTIONS, and JOHN DOES 1-10, <br><br> Defendants. | DOCKET NO. 2:14-CV-01050 (JLL)(MAH) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** <br><br> *Document Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that all of Plaintiffs' claims against all Defendants and all of JetBlue's crossclaims against Sabre Airline Solutions in the above-captioned action are voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| /s/ Ravinder S. Bhalla | /s/ Adam N. Saravay | /s/ Daniel. H. Tabak |
|---|---|---|
| **RAVINDER S. BHALLA, ESQ.** | **ADAM N. SARAVAY, ESQ.** | **DANIEL H. TABAK, ESQ.** |
| Florio Perrucci, Steinhardt & Fader, LLC | McCarter & English, LLP | Cohen & Gresser, LLP |
| 218 Rt. 17 North, Suite 400 | Four Gateway Center | 800 Third Avenue, 21st Floor |
| Rochelle Park, New Jersey 07662 | 100 Mulberry Street | New York, NY 10022 |
| *Attorneys for Plaintiffs Ramsey Abdallah, Ghadeer Abbasi, and Riyanna Abdallah* | Newark, NJ 07102-4070 <br> *Attorney for Defendant JetBlue Airways Corporation* | *Attorney for Defendant Sabre Airline Solutions* |

Dated: January 6, 2016