Ravinder S. Bhalla, Esq. (RB2870)
Florio Perrucci Steinhardt & Fader, L.L.C.
218 Rt. 17 North, Suite 400
Rochelle Park, NJ 07662
*Attorneys for Plaintiffs*
*Ramsey Abdallah, Ghadeer Abbasi, and*
*Riyanna Abdallah*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMSEY ABDALLAH, individually and as Guardian for RIYANNA ABDALLAH; and GHADEER ABBASI, individually and as Guardian for RIYANNA ABDALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, SABRE AIRLINE SOLUTIONS, and JOHN DOES 1-10,<br><br>Defendants. | DOCKET NO. 2:14-CV-01050 (JLL)(MAH)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>*Document Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that all of Plaintiffs' claims against all Defendants and all of JetBlue's crossclaims against Sabre Airline Solutions in the above-captioned action are voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/ Ravinder S. Bhalla
**RAVINDER S. BHALLA, ESQ.**
Florio Perrucci, Steinhardt & Fader, LLC
218 Rt. 17 North, Suite 400
Rochelle Park, New Jersey 07662
*Attorneys for Plaintiffs Ramsey Abdallah,*
*Ghadeer Abbasi, and Riyanna Abdallah*

/s/ Adam N. Saravay
**ADAM N. SARAVAY, ESQ.**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4070
*Attorney for Defendant JetBlue Airways*
*Corporation*

/s/ Daniel. H. Tabak
**DANIEL H. TABAK, ESQ.**
Cohen & Gresser, LLP
800 Third Avenue, 21st Floor
New York, NY 10022
*Attorney for Defendant*
*Sabre Airline Solutions*

Dated: January 6, 2016

SO ORDERED:

DATED: 1/7/16